

**U.S. Department of Justice**

Federal Bureau of Investigation

*St. Louis Division*
*314.589.2500*

In Reply, Please Refer to
File No. A3393990

August 15, 2023

*Sent via Email*

Rodney D. Caffey
The Caffey Law Firm
Email: rcaffey@caffeyfirm.com

RE: Settlement offer for Ms. Rosemary Lightfoot, 2/18/2021 incident

Dear Mr. Caffey:

The St. Louis Field Office of the Federal Bureau of Investigation (FBI) received your correspondence dated August 7, 2023. In your August 7, 2023 letter, you and your client did not accept the FBI's $13,000 offer of compromise, and instead made a counter-offer settlement demand of $70,000. After careful review of the supporting documentation, the FBI does not accept your $70,000 counter-offer. Further, as the deadline for the $13,000 offer has expired, the FBI now considers this administrative matter closed.

If you have any questions, feel free to contact CDC Paralegal Tracy Cato at 314-589-2631 or tcato@fbi.gov.

Sincerely,

Andrew J. Lay
Chief Division Counsel

Page 1 of 1
Settlement Offer: 2/18/2021 Collision

**EXHIBIT 2**